**2**

Will BARNETT v. STATE. (No. 11045.) Court of Criminal Appeals of Texas. June 8, 1927. Appeal from District Court, San Jacinto County; J. L. Manry, Judge. Wm. McMurrey, of Cold Springs, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for unlawfully selling intoxicating liquor; punishment, one year in the penitentiary. The record is here without any statement of facts or bills of ex-

ception. The indictment charges the offense, and the charge of the court follows the law. No error appearing, the judgment will be affirmed.